# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>and STATE OF ILLINOIS )<br>  )<br>  vs. )<br>  )<br>GAUTUM GUPTA, and )<br>GAUTUM GUPTA, M.D., LLC., )<br>d/b/a THE NUTRITION CLINIC | Case Number:  **11-3311** |

## JUDGMENT IN A CIVIL CASE

  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


  **XXX    DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


     **IT IS ORDERED AND ADJUDGED**  pursuant to an order entered by the Honorable Sue E. Myerscough, judgment is entered in favor of Plaintiffs and against Defendants in the amount of $9,009,688.14 (comprising of $1,803,229.38 in damages, trebled to $5,409,688.14 and $3,600,000 in civil penalties), together with interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. §1961(a), and shall be computed daily and compounded annually until paid in full. ------------------------------------------------------------------------------------------------

**Dated:**  March 20, 2012


                                                                      s/ Pamela E. Robinson
                                                                      Pamela E. Robinson
                                                                      Clerk, U.S. District Court